UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONAN MCCABE, ) | |
| RANDA HERRING, ) | |
| JON DUSTIN STONE, ) | CIVIL ACTION NO. |
| ADAM DEUEL, ) | |
| MINH VO, ) | 1:12-cv-02494-MHC |
| Individually, ) | |
| and on behalf of ) | |
| all others similarly situated ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DAIMLER AG and ) | |
| MERCEDES-BENZ USA, LLC, ) | |
| ) | |
| Defendants. ) | |

## ~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES

Upon consideration of Plaintiffs' unopposed motion, it is hereby ORDERED that:

(1) Plaintiffs' Motion is GRANTED.

(2) Plaintiffs may file a brief in support of their response to Defendants' omnibus summary judgment motion not to exceed fifty (50) pages in length.

IT IS SO ORDERED, this 3rd day of December, 2014.

_____
Hon. Mark H. Cohen