**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

RONAN MCCABE, RANDA HERRING, JON
DUSTIN STONE, and MINH VO on behalf of
themselves and all others similarly situated,

                Plaintiffs,

vs.

DAIMLER AG, and MERCEDES-BENZ USA,
LLC.,

                Defendants.

CIVIL ACTION FILE

NO. 1:12-cv-2494-MHC

## JUDGMENT

      This action having came before the court, Honorable Mark H. Cohen, United States

District Judge, for consideration of Defendants' Motion for Summary Judgment and the

Court having granted said motion, it is

      **Ordered and Adjudged** that judgment be entered in favor of the defendants; the

defendants recover their costs of this action and the action is **dismissed**.

      Dated at Atlanta, Georgia, this 20th day of August, 2015.

JAMES N. HATTEN
CLERK OF COURT

By:   s/Jill Ayers             
         Deputy Clerk

Prepared and Entered
in the Clerk's Office
August 20, 2015
James N. Hatten
Clerk of Court

By:   s/Jill Ayers      
         Deputy Clerk